

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Milton R. Hinson,       * From the 350th District Court
                of Taylor County,
                Trial Court No. 14942-D.

Vs. No. 11-22-00063-CR     * April 21, 2022

The State of Texas,       * Per Curiam Memorandum Opinion
                (Panel consists of: Bailey, C.J.,
                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.